IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Pipeline Systems, Inc. and : 
Continental Western Insurance : 
Company, : 
                    Petitioners : 
 : 
        v. : 
 : 
Workers' Compensation Appeal : 
Board (Pounds), : 
                    Respondent : No. 1577 C.D. 2014

# **O R D E R**

NOW, August 20, 2015, having considered petitioners' application for

*en banc* reargument or panel reconsideration, the application is denied.

_____
DAN PELLEGRINI,
President Judge